UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Jeremiah T. Flynn, III ,
         Debtor

Chapter: 7
Case No: 18−40698
Judge Christopher J. Panos

# ORDER TO SHOW CAUSE

The above named Debtor and/or Counsel John O. Desmond are **ORDERED** to **SHOW CAUSE** in writing on or **BEFORE 1/21/20**

**WHY THIS CASE SHOULD NOT BE DISMISSED OR MONETARY SANCTIONS SHOULD NOT BE IMPOSED, INCLUDING THE REDUCTION, DENIAL, OR DISGORGEMENT OF ALL COMPENSATION**, for failure to comply with the Court's Order of **12/4/19** requiring filing of **Statement of Intent and List of Post Petition Creditors**.

Date:1/7/20

By the Court,

*[signature]*

U.S. Bankruptcy Judge